

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 MAY 12 PM 4: 36

CLERK

BY

DEPUTY CLERK

Eric Flores , pro se petitioner
General Delivery , 8401 Boeing Dr., El Paso Texas 79910

Vs.

United States Attorney General , respondant
950 Pennsylvania Avenue N.W., Washington D.C., 20530

Federal Bueral of Investigation , respondant
660 South Mesa Hills Dr., El Paso Texas 79912

2:15cv84

---

# PETITION TO CHALLENGE THE CONSTITUTIONALITY OF THE FIRST AMENDMENT

---

(1)Table of Contents

(2)Certification of Class Action

(3)Questions Presented

(4) Constitutional Statement

(5) Jurisdictional Statement

(6) Statement of the Case

(7) Statement of Facts

(8) Summary of Argument

(9) Argument

(10) Conclussiona and Prayer

Pleaded By :
Eric Flores , pro se petitioner
General Delivery
8401 Boeing Dr.,
El Paso Texas 79910

(2)Certification of Class Action

Pursuant to Federal Rule of Civil Procedure no.23 the petitioner Eric Flores is proceeding

informa pauperis and pro se as the representative party to seek relief from imminent danger such

as death on behalf of a protected class of mexican american citizens of the United States that is

so numerious that joinder of all members is impracticable.

The petitioners Eric Flores will fairly and adequate protect the interest of the members of the

class by contending claims or defenses that are seeking relief from imminent danger such as

death which are typical of the claims or defenses of the members of the class as a whole.

The court will find that the questions of law or fact common to class members predominate over

any questions affecting only individual members, and that a class action is superior to other

available methods for fairly and efficiently adjudicating the controversy.

The names and addresses of the serviveing members of the protected class of Mexican American

citizens of the United States are as follows , in particular ;

(i)Jorge Salas is the deceased party of interest whoms place of residence is designated at 11669
Gwen Evans Lane , El Paso Texas 79936.

(ii) Gloria Salas is a party of interest whoms place of residence is designated at 11669 Gwen
Evans Lane , El Paso Texas 79936.

(iii)Javier Vensor Flores Senior is a party of interest whoms place of residence is located at the
Texas Department of Corrections in the State of Texas.

(iv)Cynthia Lorenza Flores is a party of interest whoms place of residence is located at 11669
Gwen Evans Lane El Paso Texas 79936.

(v)Javier Flores Junior is the deceased party of interest whoms place of residence is designated at
11669 Gwen Evans Lane El Paso Texas 79936.

(vi)Ashley Rex Flores is a party of interest whoms place of business is located at the Texas
Attorney General Office located at P.O. Box 12548 , Austin Texas 78711-2548.

(vii) Jessica Lazarin is a party of interest whoms place of business is designated at P.O. Box 12548 , Austin Texas 78711-2548.

(viii) Eric Flores is the petitioner whoms place of business is located at General Delivery 8401 Boeing Dr., El Paso Texas 79936.

(ix) Jessica A. Munoz is a party of interest whoms place of business is located at P.O. Box 12548 , Austin Texas 78711-2548.

(x) Joann Flores is a party of interest whoms place of business is located at 11669 Gwen Evans Lane El paso Texas 79936.

(xi) Rudy Alva is a deceased party of interest whoms place of residence is designated at 11669 Gwen Evans Lane El Paso Texas 79936.

(xii) Cebastain Alva is a party of interest whoms place of business is designated at 11669 Gwen Evans Lane El paso Texas 79936.

(xiii) Evagelina Salas Mendoza is a deceased party of interest whoms place of business is designated at 1931 Estrada Dr., El paso Texas 79936.

(xiv) Mary Salas is the deceased party of interest whoms address is designated at 11669 Gwen Evans Lane El Paso Texas 79936.

(xv) Richard Salas is a party of interest whom place of residence is designated at 11669 Gwen Evans Lane El Paso Texas 79936.

(xvi) Marciano Flores is the deceased party of interest whom place of residence is designated at 11669 Gwen Evans Lane El Paso Texas 79936.

(xvii) Celia Flores is a party of interest whoms place of residence is designated at 11669 Gwen Evans Lane El Paso Texas 79936.

(xviii) United States Department of Justice Building , United States Attorney General Office is the respondant whoms place of business is designated at 950 Pennsylvania Avenue Washington D.C., 20530.

(xix) Federal Bueral of Investigation in El Paso Texas is a respondant whoms place of business is designated at 660 S. Mesa Hills Dr., El paso Texas 79912.

(3) Questions Presented

(i)Whether governmental interference with a persons marriage resulting in separation of that marriage can be constituted as a constitutional deprivation of the first amendment right to free exercise of religious belief under the domestic legal pretext.

(ii)Whether governmental interference with a persons communication to the state and federal law enforcement agencies so as to prevent an investigation of a crime committed against that person can be constituted as a constitutional deprivation of the first amendment right to freedom of speech.

(4) Constitutional Statutes

First Amendment of the United States Constitution

Federal Rule of Rule of Civil Procedure no.23

28 U.S.C. & 1391(b)

28 U.S.C & 1331

(5) Jurisdictional Statement

(i)Venue of Jurisdiction

Pursuant to 28 U.S.C. & 1391 (b) wherein the jurisdiction is not founded solely on diversity of citizenship may , except as otherwise provided by law , be brought only in ; a district wherein the respondants reside or place of business is designated if all the respondants reside or place of business is designated in the same geographic location where the civil action is being brought or ; (2) a district in which a substantial part of the events or omissions giving rise to the legal claims

ꞇ

occurred , or ; (3) a district in which any respondants may be found , if there is no district where the action may otherwise be brought.

In this particular civil case , the petitioner has established venue of jurisdiction in the United States District Court in _____ by asserting that ; (1) the respondants residency or place of business is within the geographic location of _____ and that ; (2) the respondants acts or omissions that give rise to the legal claims occurred from within the geographic location of _____ where the legal claims are being filed in the United States District Court in

_____.

The aforementioned two jurisdictional factors satisfy the burden of establishing the prerequisite of venue of jurisdiction in the United States District Court in _____ for the purpose of adjudicateing the petitioners "Petition to Challenge the Constitutionality of the First Amendmentt Right to Free Exercise of Religious Belief"" for want of prosecution.


(ii)Subject Matter Jurisdiction

Pursuant to 28 U.S.C. & 1331 the federal district court shall have original jurisdiction of all civil actions ariseing under the Constitution , laws , or treaties of the United States.

The petitioners "Petition to Challenge the Constitutionality of a Federal Statute" raises a federal question and gives the federal district court jurisdiction under Section 1331.

 The petitioners "Petition to Challenge the Constitutionality of a Federal Statute" is based on a claim that the respondant's whom are government employees violated the petitioners constitutional right to free exercise of religious belief which is supported by federal question jurisdiction under Section 1331.(See Bivens v. Six Unknown Fed. Narcotics Agents , 403 U.S. 388 , 395 , 91 Ct. 1999, 29 L.Ed. 2d 619 (1971).

The petitioner contends that congress has provided for federal court jurisdiction over federal questions in 28 United States Code Section 1331 (set forth in & 103.01) in which is strikeingly similar to that of the constitutional provision : "the federal district courts shall have original jursidcition of all civil actions ariseing under the Constitution, laws , or treaties of the United States.

The primary purpose of federal question jurisdiction is to ensure the availability of a forum designed to minimize the danger of hostility towards , and specially suited to the vindication of , federal created rights. Because the selection process for the appointment of federal judges generally ensures a minimum degree of competence , because federal judges are exposed day after day to issues of federal law , and because federal judges may often be more sympathetic to federal interests than are other judges , it is generally assumed that adjudication of cases ariseing under federal law is an important aspect of the work of the federal courts.

With respect to issues of law ariseing under the circumstances of this case , the domestic relations and probate exceptions divest federal courts of diversity jurisdiction when the relief sought relates primarily to domestic relations or probate

matters. The United States Supreme Court has not decided whether these exceptions also apply when jurisdiction is based on a federal question.

(6) Statement of the Case

## (I)First Amendment Right to Freedom of Speech

The circumstances that are challengeing the constitutionality of a federal statute under the First Amendment right to free exercise of freedom of speech , is constistant with governmental interference with communication to the federal courts and federal law enforcement agencies..

The circumstances of governmental interference with communication to the federal court begin in a civil case styled case number EP-06-CV-419-KC in the United States District Court for the Western District of Texas in the El Paso Division in which the petitioner instituted as a pretrial detainee in the El Paso County Detention Facility Jail Annex against the El Paso County Sheriff Leo Samaniego for allowing an organized group of executive employees of the federal government to impersonate jail detention officers to engage in acts or omissions that deprived the petitioner of due process of law as the accused in a criminal case.

The petitioners civil case contended that the organized group of executive employees of the federal government whom were impersonateing detention officers conspired to deprive me of a daily human basic need such as bar of soap to take a shower , a razor to keep the petitioners facially appearance in court room attire , or even spit on the petitioners daily meals so as to oppress the petitioner as a pretial detainee to intimidate the petitioner to discontinue communicateing to the federal courts and dismiss the civil case against the El Paso County Sheriffs Department.

The petitioners civil case also contended that the organized group of executive employees of the federal government also interfered with the petitioners outgoing legal mail by stealing the petitioners legal mail or throwing away the petitioners legal mail so as to prevent the petitioner from communicateimg to the federal courts to prevent a judicial investigation that could have resulted in criminal lawful sanctions against the organized group of executive employees of the federal government for impersonateing detention officers to retaliate against the invocation of the petitioners constitutional rights with dalitory tactics of intimidation and oppression such as physical and verbal assualts so as to intimidate the petitioner to dismiss the civil case against the El Paso County Sheriff Department.

The fact that the organized group of executive employees of the federal government interfered with the petitioners outgoing legal mail during the petitioners incarceration to prevent the petitioner from communicateing to the federal courts constitutes unjustified governmental inteference with the federal court in violation of the First Amendment right to Freedom of Speech.

The petitioners civil case seeked for the federal court to impose an injunction prohibiting the El Paso County Sheriffs Department and its employees from retaliateing against the invocation of the petitioners constitutional rights with dalitory tactics of physical and verbal assualts to include violateing the petitioners due process right in a court of law with the view of secureing a criminal conviction against the petitioner for a crime he did not committ.

The organized group of executive employees of the federal government retaliated against the invocation of the petitioners constitutional right by useing advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing  genetic code to cause the petitioners Uncle Jorge Salas severe heart pain for long durations exceeding calendar years inwhich was equivalent in intensity to cardiac and respatory failure leading to a heart attack and resulting in the death of the petitioners Uncle Jorge Salas.

The organized group of executive employees of the federal government then used their official capacity to influence the El Paso County Medical Examiners and Forensic Labatory to fabercate frivolous documents resembleing legitimate adtopsy reports that falsely alleged that the petitioners Uncle had died of a natural cause of death such s a heart attack so as to rule out probable cause that would prove that the organized group of executive employees of the federal government used deadly technology to torture the petitioners Uncle Jorge Salas to death.

Thereafter the organized group of executive employees of the federal government unlawfully setup their own courts of common law with the specific intent of simulateing the legal process to deprive the petitioner of equal protection of law by electronically fileing into the clerk of the courts frivolous documents resembleing legitimate court actions which falsely portray to dismiss the petitioners nonfrivolous legal claims challengeing a constitutional deprivation as the accused in a criminal case so as to influence the clerk of the court to believe that the federal court had rendered a decision to dismiss the case to cause the clerk of the court to close the case so as to prevent a judicial investigation that can result in criminall lawful sanctions against the organized group of executive employees of the federal government for engageing in acts or omissions to deprive the petitioner of due process of law as the accused in a criminal case.

Furthermore the fact the organized group of executive employees of the federal government setup their own courts of common law to deprive the petitioner of access to the federal court to file nonfrivolous legal claims challengeing a constitutional deprivation by simulateing the legal process to prevent a judicial investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal governemnt for engageing in negligent torturious conduct resulting in the death of one of the petitioners immediate relatives constitutes unjustified governmental interference with communication to the federal courts in violation of the First Amendment right to Freedom of Speech.

The organized group of executive employees of the federal government then used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioner severe mental pain for long durations exceeding calendar years in which was equivalent in intensity to a great amount of pain to the petitioners brain that impaired his thought process or ability to mentally function normally so as to prevent the

petitioner from adequately appealing the aforementioned circumstances of the civil case to a

higher court of law to prohibit the civil case from being remanded to the court of original

jurisdiction and reinstituted for jury trial that could have resulted in criminal lawful sanctions

against the orgainzed group of executive employees of the federal government for enagageing in

negligent torturious conduct that resulted in the death of the petitioners Uncle Jorge Salas.

To the extent that the executive employees of the federal government fabercated frivolous

documents resembleing a legitimate district attorney action to dismiss the pending criminal case

against me to release me from incarceration so as to enable the El Paso County Sheriffs

Department to assert the defense that because the petitioner was no longer housed in the

challenged facility therefore the petitioners claims for injunctive relief are moot and the civil

case should be dismissed.

Even though the organized group of executive employees of the federal government were

severely psychologically harming the petitioner however with the help of a investigative judicial

official the petitioner was still able to appeal the circumstances of the aforementioned civil case

by sending a judicial misconduct via United States Postal Services to be filed in the United States

Court of Appeals for the Fifth Circuit located at 600 S. Maestri Place New Orleans Louisiana

70130.

The organized group of executive employees of the federal government further retaliated against

the invocation of the petitioners constitutional rights by unlawfully setting up their own court of

common  law with the specific intent of depriveing the petitioner of access to the federal courts

by electronically fileing frivolous documents resembleing legitimate appellate court actions into

the appellate clerk of the appellate courts docketing system which falsely portray to dismiss the

petitioners judicial misconduct complaint so as to influence the appellate clerk of the appellate

court to believe that the appellate panel had rendered an opinion to dismiss the petitioners

judicial misconduct compliant so as to cause the appellate clerk of the appellate court to close the

appeal to prevent a judicial investigation that can result in criminal law ful sanctions against the

organized group of executive employees of the federal government for engageing in negligent

torturious conduct that resulted in the death of one of the petitioners immediate relatives as a

retaliatory adversed act against the invocation of the petitioners constitutional rights.

The fact that the organized group of executive employees of the federal government deprived the

petitioner of access to the court with the specific intent of simulateing the legal process in the

above discribed manner to prevent a judicial investigation that can result in criminal lawful

sanctions against the government employees for their negligent torturious conduct that resulted

in the death of the petitioners Uncle Jorge Salas constitutes unjustified governmental interference

with communication to the appellate court system in violation of the First Amendment right to

freedom of speech.

The organized group of executive employees of the federal government retaliated against the

petitioner for fileing a judicial misconduct complaint in the United States Court of Appeals for

the Fifth Circuit by misuseing their official capacity to impersonate a campus police officer to

follow the petitioner in the course of attending to his educational duty at the El Paso Community

College Villa Verde Campus so as to instigate a physical altercation with the petitioner to

frivolous malinger and construe probable cause to illegally incarcerate the petitioner for a crime

the petitioner did not committ and administratively dropp the petitioner from all educational

courses that the petitioner had enrolled for that spring semester of 2007.

This was done so as to stop the petitioner from communicateing to the United States Court of

Appeals for the Fifth Circuit to appeal the circumstances of the aforementioned civil case to

prevent a judicial investigation that could have resulted in criminal lawful sanctions against the organized group of executive employees of the federal government for engageing in negligent torturious conduct that had resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

The fact that the organized group of executive employees of the federal government illegally incarcerated the petitioner to prevent him from communicateing to the United States Court of Appeals for the Fifth Circuit to appeal the aforementioned circumstances of the civil case , constitutes unjustified government interference with communication to the federal court system in violation of the First Amendment right to freedom of Speech.

Even though the petitioner was illegally incarcerated however the petitioner continued to appeal the circumstances of the aforementioned civil case by sending judicial misconduct compliants via the jail mailing system to be filed in the United States Court of Appeals for the Fifth Circuit. The organized group of executive employees of the federal government then retaliated against the petitioner for sending a judicial misconduct compliant via the jail mailing system to be filed in the United States Court of Appeals for the Fifth Circuit by interfering , stealing , and throwing away the petitioners outgoing legal mail so as to prevent the petitioner from communicateing to the federal court system to appeal the circumstances of the aforementioned civil case.

The fact that the organized group of executive employees of the federal government interfered , stoled , or throw away the petitioners out going legal mail during his incarceration to prevent the petitioner from communicateing to the appellate court to appeal the aforementioned civil case constitutes unjustified governmental interference with communication to the federal courts in violation of the First Amendment right to freedom of speech.

By then the organized group of executive employees of the federal government had fabercated

many documents portraying to dismiss the petitioners cause of action so as to make the petitioner

believe that the case was dismiss however the organized group of executive employees of the

federal government kept the case open behind the petitionrs back so as to   influence , instruct ,

direct , coerce , or otherwise bribeing and soliciateing another corrupt official for the County of

El Paso Texas to use the petitioners identity information without the effective consent of the

petitioner for the purpose of fabercateing frivolous legal documentation with the petitioners

signature that was filed in the petitioners cause of action so as to be able to assert a legal interest

that would be used to prevent a want of prosecution against the corrupt official in the ongoing

public corruption case and also to be able to assert an additional interest to seek a money

judgement that would be kept by the corrupt official without the petitioners effective consent.

This was done to compel the petitioner into a criminal conspiracy against the petitioners

constitutional rights by allowing a corrupt official to be able to assert a interest in the case by

fileing paper work in the case without the petitioners effective consent in attempt to win

protection of want of prosecution in the ongoing public corruptions case and thereafter alleged

that the petitioner was fileing cause of action to malinger and construe the legal system to seek

immunity from prosecution in the ongoing public corruptions case on behalf of the corrupt

official.

After the release of incarceration the petitioner traveled long distance to the United States Court of Appeals for the Fifth Circuit to hand delivery a petition for review to the judicial counsel committee of the Fifth Circuit to conduct an investigation into the frivolous document resembleing a legitimate appellate panel action that falsely portrayed to dismiss the petitioners judicial misconduct complaint.

The organized group of executive employees of the federal government retaliated against the petitioner for hand deliverying a petition for review to the judicial counsel committee for the Fifth Circuit by useing nuclear advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to cause the petitioner severe mental pain for long duratuions exceeding calendar days inwhich was equivalent in intensity to the explosion of a nuclear weapon within the petitioners mental state of mind causeing the petitioner a great amount of pain to his brian that distorted his mental state of mind and hindered his ability to mental function normally almost leading to his death requireing medical treatment from a governmental forensic medical professional to stablize the petitioners mental state of mind.

Once again the organized group of executive employees of the federal government retaliated against the petitioner for hand deliverying a petition for review to the judicial counsel committee for the United States Court of Appeals for the Fifth Circuit by misuseing their official capacity to illegally incarcerate the petitioner with the specific intent of preventing the petitioner from further communicateing to the appellate court to appeal the civil case.

The fact that the organized group of executive employees of the federal government misused their official capacity to illegally incarcerate the petitioner to prevent him from further communicateing to the appellate courts constitutes unjustified governmental interference with

.     .

communication to the appellate courts in violation of the First Amendment right to Freedom of
Speech.

The organized group of executive employees of the federal government even went to the extent
of useing advanced technology with a direct signal to the satelite in outerspace that has the
capability of calculateing a genetic code to cause the petitioner severe heart pain for long
durations exceeding calendar days inwhich was equivalent in intensity to cardiac and respatory
failure leading to a heart attack almost resulting in the petitioners death requireing medical
treatment by a forensic medical professional to keep the petitioner alive inwhich was to
intimidate the petitioner to discontinue appealing the circumstances of the aforementioned civil
case or be tortured to death just like his uncle Jorge Salas.

The organized group of executive employees of the federal government then unlawfully settup
their own courts of common law with the specific intent of depriveing the petitioner of access to
the appellate court by electronically fileing frivolous documents resembleing legitimate court
actions which falsely portray to dimiss the petitioners petition for review to the judicial counsel
committee of the Fifth Circuit so as to influence the appellate court to believe that the appellate
panel had rendered a decision to dissmiss the petitioners petition for review to cause the
appellate clerk to close the appeal so as to prevent a judicial investigation that can result in
criminal lawful sanctions against the organized group of executive employes of the federal
government for engageing in negligent torturious judicial misconduct that resulted in the death of
the petitioners Uncle Jorge Salas.

The fact that the organized group of executive employees of the federal government settup their
own courts of common law to deprive the petitioner of access to the appellate court constitutes

unjustified governmental interference with communication to the appellate court in violation of the First Amendment right to Freedom of Speech.

Even though the organized group of executive employees of the federal government were severely psychological harming the petitioner during his incarceration however with the help of an investigative official the petitioner was able to send out through the jail mailing system a petition to appeal the frivolous document resembleing a legitimate judicial counsel committee action to dismiss the petitioners petition for review to be filed in the United States Supreme Court and the Administrative Office of the United States Courts in Washington D.C.,

The organized group of executive employees of the federal government retaliated against the petitioner for sending out through the jail mailing system a petition to appeal the frivolous document resembleing a legitiment judicial counsel committee appellate court action that falsely portrayed to dismiss the petitioners petition for review by useing advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to cause the petitioner severe mental pain for long duration exceeding calendar years inwhich was equivalent in intensity to an electric chair execution leading to brain hemerage resulting in the petitioners death requireing governmental medical treatment from a forensic medical professional to revive the petitioner from death during his incarceration.

The organized group of executive employees of the federal government retaliated against the petitioner for sending out through the jail mailing system a petition to appeal the frivolous document resembleing a legitiment judicial counsel committee appellate court action that falsely portrayed to dismiss the petitioners petition for review by interferring , stealing , or throwing away in the trash the petitioners outgoing legal mail so as to prevent the petitioner from communicateing with the United States Supreme Court and the Administrative Office of the

United States Courts to appeal the frivolous document resembleing a legitiment judicial counsel committee appellate court action that falsely portrayed to dismiss the petitioners petition for review.

The fact that the organized group of executive employees of the federal government  interferred , stoled , or throw away in the trash the petitioners outgoing legal mail so as to prevent the petitioner from communicateing with the United States Supreme Court and the Administrative Office of the United States Courts to appeal the frivolous document resembleing a legitiment judicial counsel committee appellate court action that falsely portrayed to dismiss the petitioners petition for review constitutes unjustified governmental interference with communications to the appellate courts in violation of the First Amendment right to freedom of speech.

The organized group of executive employees of the federal government further retaliated against the petitioner for sending out through the jail mailing system a petition to appeal the frivolous document resembleing a legitiment judicial counsel committee appellate court action that falsely portrayed to dismiss the petitioners petition for review by unlawfully setting up their own appellate courts of common law with the specific intent of depriveing the petitioner of access to the appellate court system by sending the petitioner frivolous documents resembleing legitimate appellate court actions that falsely portrayed to deny the petitioner access to the United States Supreme Court and the Administrative Office of the United States Courts so as to influence the petitioner to believe that the aforementioned appellate courts had rendered a decision to deny the petitioner access to their courts to prevent the petitioner from further sending out legal mail to the aforementiond appellate courts that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for engageing in negligent

.  .

torturious judicial misconduct that resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

After the petitioner was released from incarceration a second time , the petitioner started writeing to the United States Department of Justice in Washington D.C., to complain against the organized group of executive employees of the federal governments negligent torturious judicial misconduct that resulted in the death of the petitioners immediate relative named Jorge Salas. The petitioner also started to send petitions against torture to the federal courts in Washington D.C., seeking injunctive relief prohibiting the organized group of executive employees of the federal government from further useing deadly technology to torture to death another one of the petitioners immediate realtives as a retaliatory adversed act against the invocation of the petitioners constitutional rights.

The organized group of executive employees of the federal government then further retaliated against the petitioner by misuseing their official capacity to influence or bribe United States Postal Employees to steal or throw away in the trash the petitioners out going legal mail to the United States Department of Justice or the federal courts in Washington D.C., so as to prevent an investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for engageing in negligent torturious judicial misconduct that resulted in the death of the petitioners immediate relative named Jorge Salas. The petitioner then complained to a United States Postal Employee Supervisor named Vincent E. McDaniel that a postal employee was stealing or throwing away in the trash the petitioners outgoing legal mail.

The United States Postal Employee Supervisor named Vincent E. McDaniel then said that he would conduct an internal investigation to determine if a postal employee was stealing or throwing away in the trash the petitioners outgoing legal mail.

The organized group of executive employees of the federal government then retaliated against the petitioner for complianing to the United States Postal Employee Supervisor named Vincent E. McDaniel by useing advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to cause Vincent E. McDaniel severe heart pain for long durations exceeding calendar days inwhich was equivalent in intensity to cardiac and respatory failure leading to a heart attack resulting in the death of Vincent E. McDaniel so as to prevent an internal postal investigation that could have resulted in criminal lawful sanctions against the organized group of executive employees of the federal government for misuseing their official capacity to influence a postal employee to steal or throw away the petitioners outgoing legal mail.

The organized group of executive employees of the federal government then misused their official capacity to influence or bribe the El Paso County Medical Examiners and Forensic Labatory to fabercate frivolous documents resembeleing legitimate adtopsy reports which falsely alleged that the United States Postal Employee Supervisor Vincent E. McDaniel had died of a natural cause of death such as a heart attack so as to rule out any probable cause that could prove that the organized group of executive employees of the federal government used deadly technology to torture to death Vincent E. McDaniel.

The fact that the organized group of executive employees of the federal government misused their official capacity to influence a postal employee to steal or throwing away the petitioners outgoing legal mail to prevent the petitioner from communicateing to the United States

Department of Justice and the federal courts in Washington D.C., constitutes unjustified governmental interference with communications to the federal courts and law enforcement agencies in Washington D.C., in violation of the First Amendment right to freedom of speech. The fact that the organized group of executive employees of the federal government used deadly technology to torture to death a United States Postal Employee Supervisor named Vincent E. McDaniel so as to prevent an internal postal investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for misuseing their official capacity to influence a postal employee to steal or throw away in the trash the petitioners outgoing legal mail constitutes unjustified governmental interference with communications to the federal courts and law enforcement agencies in Washington D.C., in violation of the First Amendment right to freedom of speech because the the death of the postal supervisor prevented an internal investigation into the theft of the petitioners outgoing legal mail which allowed the postal employee to continue to steal or throw away the petitioners out going legal mail.

## (II) First Amendment Right to Free Exercise of Religious Belief

The circumstances that are challengeing the constitutionality of a federal statute under the first amendment right to free exercise of religious belief are based on a domestic legal pretext which are consistant with unjustified governmental interference to seperate several marriages within one family in violation of their religious belief, in particular ;

### (i) In the marriage of Marciano Flores and Celia Flores

The petitioner begins with the governmental interference in a marriage between Marciano Flores and Celia Flores that resulted in a violation of their First Amendment right to free exercise of religious belief, in particular ;

Marciano Flores is the petitioners grandfather whom is an American citizen and was born in the County of El Paso Texas.

The petitioners grandfather Marciano Flores had a life styled equal to the religious principles that Marciano Flores was learning by attending a Christian church throughout his child hood.

The petitioners grandfather Marciano Flores established an intimid relationship with Celia Flores whom later bore several children includeing the petitioners father Javier Vensor Flores Senior

After the birth of their first child the petitioners grandfather Marciano Flores and the petitioners grandmother Celia Flores began living with each other to help take care of the new born child.

The States of Texas has issued a mandate stating that any person that lives together with another person for a period of (6) six months or more constitutes common law marriage.

Therefore the petitioners grandfather and the petitioners grandmother were considered common law married in the State of Texas for living together with each other for a period of six months or more.

The petitioners grandfather Marciano Flores and the petitioners grandmother Celia Flores attended religious Christian church services and had life styled equivalent to the moral principles of the holy bible.

The petitioners grandmother Celia Salas and the petitioners grandfather Marciano Flores disciplined their children with the moral principles of the holy bible by telling their children that each one should only have one spouse whom shall be the spouse of all their children.

The petitioners grandfather and the petitioners grandmother would teach their children to never have sex with another person other then their spouse of all their children.

The petitioners grandfather and the petitioners grandmother would practice the moral principles of the holy christain bible that they were teaching their children by always beimg together and never leaveing each other to have sex with another person.

This way their children would always want to be like their mother and father whom were always together and never left each other to have sex with another person.

However the organized group of executive employees of the federal government used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioners grandfather Marciano Flores for long durations exceeding calendar years in which was equivalent in intensity to take physical control of his mental state of mind so as to compel him into an act of dures by a calculated procedure to have sexual intercourse with another female person other than his common wife Celia Flores the mother of all his children.

The fact that the organized group of executive employees of the federal government used advanced technology to take physical control of the petitioners grandfather mental state of mind to compel him into an act of dures by a calculated procedure to have sexual intercourse without

his effective and consent or awareness with another female person other than his wife Celia
Flores the mother of all his children constitutes unjustified governmental interference in his first
amendment right to free exercise of religious belief to not commit adultery by having sex with
another female person other than his wife the mother of all his children.

The organized group of executive employees of the federal government then used advanced
technology with a direct signal to the ssatelite in outerspace that has the capability of
calculateing a genetic code to cause the petitioners grandfather Marciano Flores severe heart pain
for long durations exceeding calendar years in which was equivalent in intensity to cardiac aned
respatory failure leading to a heart attack resulting in his death.


(ii) In the Marriage of Mary Salas and Richard Salas

The petitioner continues to contend the governmental interference in a marriage between Mary
Salas and Richard Salas that resulted in a violation of their First Amendment right to free
exercise of religious belief , in particular ;

Richard Salas is the petitioners oldest Uncle whom is an American citizen and was born in the
County of El Paso Texas.

The petitioners oldest Uncle Richard Salas had a life styled equal to the religious principles that
Richard Salas was learning by attending a Christian church throughout his child hood.

The petitioners odest Uncle Richard Salas established an intimid relationship with Mary Salas
whom later bore two children named Richard Salas Junior and Christy Salas.

After the birth of their first child named Christy Salas , the petitioners oldest Uncle Richard Salas
and Mary Salas began living with each other to help take care of the new born child.

The States of Texas has issued a mandate stating that any person that lives together with another person for a period of (6) six months or more constitutes common law marriage.

Therefore the petitioners oldest Uncle Richard Salas and Mary Salas were considered common law married in the State of Texas for living together with each other for a period of six months or more.

The petitioners oldest Uncle Richard Salas and Mary Salas attended religious Christian church services and had life styles equivalent to the moral principles of the holy Christian bible.

The petitioners oldest Uncle Richard Salas and Mary Salas disciplined their children with the moral principles of the holy bible by telling their children that each one should only have one spouse whom shall be the spouse of all their children.

The petitioners oldest Uncle Richard Salas and Mary Salas would teach their children to never have sex with another person other than their spouse of all their children.

The petitioners oldest Uncle Richard Salas and Mary Salas would practice the moral principles of the holy christain bible that they were teaching their children by always beimg together and never leaveing each other to have sex with another person because the holy bible said thou shall not committt adultery..

This way their child would always want to be like their mother and father whom were always together and never left each other to have sex with another person.

However the organized group of executive employees of the federal government use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioners oldest Uncle Richard Salas for long durations exceeding calendar years in which was equivalent in intensity to take physical control of his mental state of mind so as to compel him into an act of dures by a

calculated procedure to have sexual intercourse without his effective consent or awareness with another female person constituteing unjustified governmental interference with his first amendment right to free exercise of religious belief to not commit adultery by having sex with another female person other than his wife the mother of all his children.

The organized group of executive employees of the federal government then used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Mary Salas severe psychological pain for long durations exceeding calendar years in which was equivalent in intensity to a cancer virus that resulted in her death.


(iii)In the Marriage of Jorge Salas and Gloria Salas

The petitioner continues to complain against the governmental interference in a marriage between Jorge Salas and Gloria Salas that resulted in a violation of their First Amendment right to free exercise of religious belief , in particular ;

The petitioners Uncle Jorge Salas was born in the County of El Paso Texas and frequently attended a Christian church during his child hood.

The petitioners Uncle Jorge Salas had a life styled equal to the religious principles that Jorge Salas was learning by attending a Christian church.

The petitioners Uncle Jorge Salas established an intimid relationship with Gloria Salas whom later bore two children named Jorge Junior Salas and Melissa Salas.

When the petitioners Uncle Jorge Salas and Gloria Salas were getting married they recited holy vows before a priest promiseing each other to never leave one another for another man or woman and to love each other no matter what happened until death do them apart.

The holy vows that they recited during their marriage were based on religious principles that Jorge Salas and Gloria Salas had learned by attending a religious church throughout their childhood such as one of the ten commandments which states thou shall not commit adultery which is the reason why Jorge Salas and Gloria Salas recited to never leave each other for another man or woman in their marriage.

The petitioners Uncle Jorge Salas and his wife Gloria Salas practices the holy vows that both of them recited during their marriage by loving each other intimidly and emotionally so that their bondage would be unpenetrable given any determental circumstance that could have potentially occurred in their marriage.

Howoever the organized group of executive employees of the federal government interfered in the holy vows that Jorge Salas and Gloria Salas had recited during their marriage to never leave each other for another man or woman , by using advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Gloria Salas for long durations exceeding calendar years in which was equivalent in intensity to take physical control of her mental state of mind so as to compel her into an act of dures by a calculated procedure to have sexual intercourse without her awareness or consent with another person constituteing sexual assault in the first degree.

The fact that the organized group of executive employees of the federal government used advanced technology to take physical control of the petitioner aunt Gloria Salas mental state of mind to compel her into an act of dures by a calculated procedure to have sex without her consent or awareness with another person while she was still married to the petitioners Uncle Jorge Salas, which constitutes unjustified governmental interference in violation of the First Amendment right to free exercise of religious belief , thou shall not commit adultery, especially

since the petitioners aunt Gloria Salas recited holy vows to never be with another man during her marriage with the petitioners Uncle Jorge Salas

The organized group of executive employees of the federal government then used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioners Uncle Jorge Salas severe heart pain for long durations exceeding calendar years in which was equivalent in intensity to cardiac and respatory failure resulting in his death.

The organized group of executive employees of the federal government further used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Jorge Salas daughter named Mellissa Salas for long durations exceeding calendar years in which is equivalent in intensity to take physical control of her mental state of mind by a calculated procedure to have sexuall intercourse with another person constituteing sexual assault in the first degree.


(iv)In the Marriage of Cynthia Lorenza Flores and Javier Vensor Flores Senior

The petitioner continues contending the governmental interference in a marriage between Javier Vensor Flores Senior and Cynthia Lorenza Flores that resulted in a violation of the First Amendment right to Free Exercise of Religious Belief , in particular;.

On or about November 7 , 1964 the petitioners mother Cynthia Lorenza Flores was born in the County of El Paso Texas.

On or about July 23 , 1963 the petitioners father Javier Vensor Flores Senior was born in the County of El Paso Texas.

At the age of fifteen (15) years old , the petitioners mother Cynthia Lorenza Flores established an intimid relationship with the petitioners father Javier Vensor Flores Senior.

As a result the petitioners mother Cynthia Lorenza Flores bore six (6) children to the petitioners father Javier Vensor Flores Senior.

The name of their children from oldest to youngest were Javier Flores Junior , Eric Flores , Andy Flores , Joann Flores , Steven Flores , and Micheal Rene Flores.

The petitioners mother Cynthia Lorenza Flores and the petitioners father Javier Vensor Flores Senior were eventually married in a court of law.

During their marriage Cynthia Lorenza Flores and Javier Vensor Flores Senior  religiously disciplined their six children by takeing their six (6) children to a Christian church every Sunday and Wensday of the week.

The petitioners mother Cynthia Lorenza Flores and father Javier Vensor Flores Senior disciplined their six (6) children by teaching them to live with moral values and beliefs which should be based on the religious beliefs that their children were learning at the christian church.

The petitioners mother Cynthia Lorenza Flores and father Javier Vensor Flores Senior also became role models for their children by enacting standrads of conduct during their lives that were always based upon the moral values of the religious beliefs that their children were learning in the Christian church.

For example as a child in the above described enviormental surroundings , the petitioner never saw his mother Cynthia Lorenza Flores bring another male person to the house where her children were living during the time that the petitioners father Javier Vensor Flores Senior was incarcerated.

The petitioners mother Cynthia Lorenza Flores use to tell her children that she would never bring another male person to sleep with her in the same house where her children lived because she was still married to the father of the children even though the father of the children was incarcerated because it was against the ten commandments of the holy bible.

The petitioners mother Cynthia Lorenza Flores use to tell her six children that it was against the principles and teachings of the bible to sleep with another male person while still being married to their husband because the bible said thou shall not commit adultery.

The petitioners mother Cynthia Lorenza Flores used to tell her children that if she were to get divorced with the father of their children that she would establish a relationship with a doctor or a lawyer someone of good standing with the community of El Paso Texas.

However very recently an organized group of executive employees of the federal government have retaliated against the invocation of the petitioners constitutional rights in a ongoing civil litigation against torture by using advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioners father severe lower abdominal pain for long durations exceeding calendar years in which was equivalent in intensity to form an abcess in his lower abdominal region so as to impair his kidney functions almost leading to his death requiring medical treatment by a forensic medical professional in a freeworld hospital to keep the petitioners father Javier Vensor Flores Senior from being tortured to death.

This was done so that once the petitioners father Javier Vensor Flores Senior was tortured to death , thereafter the organized group of executive employees of the federal government could take advantage of the petitioners mother Cynthia Lorenza Flores however when the attempt to torture the petitioners father to death failed , the organized group of executive employees of the

federal government then illegally incarcerated the petitioners father Javier Vensor Flores Senior to be able to take advantage of the petitioners mother Cynthia Lorenza Flores.

The organized group of executive employees of the federal government used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioners mother Cynthia Lorenza Flores for long durations exceeding calendar years in which was equivalent in intensity to take physical control of her mental state of mind so as to compel her into an act of dures by a calculated procedure without her consent or awareness to have sexual intercourse with another person of Mexican American national origin named Eddie constituteing sexual assault in the first degree.

The organized group of executive employees of the federal government further used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioners mother Cynthia Lorenza Flores severe gulblatter pain for long durations exceeding calendar days in which was equivalent in intensity to impair her gulblatter functions almost leading to her death requiring medical treatment from a forensic medical professional to keep her from dieing as an act of retaliation to intimidate the petitioners mother Cynthia Lorenza Flores to forcefully have sexual intercourse with another person of Mexican American ntational origin by the first name of Eddie constituteing sexual assault in the first degree.

Furthermore the organized group of executive employees of the federal government further used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioners mother Cynthia Lorenza Flores severe heart pain for long durations exceeding calendar days in which was equivalent in intensity to cardiac

and respatory failure leading to a heart attack almost resulting in her death requiring medical treatment from a forensic medical professional to keep her from dieing as an act of retaliation to intimidate her to not go to state , federal , or local law enforcement agency to complian that she was being sexual assaulted by the Mexican person named Eddie so as to prevent an investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government to include the Mexican person named Eddie for sexually assaulting the petitioners mother Cynthia Lorenza Flores.

Thereafter the petitioner Eric Flores went to the El Paso Police Department to seek criminalprosecution against the Mexican person named Eddie was sexually assaulting his mother Cynthia Lorenza Flores.

As a result the Mexican person named Eddie left the place of Cynthia Lorenza Flores residency so as to avoid  criminal prosecution for sexually assaulting her however only to be replaced by a another person of Mexican American national origin whom was also portraying to be named Eddie directly related to a corrupt federal agent that misused his official capacity to influence the police department to decline prosecution against both Mexican persons named Eddie for sexually assaulting Cynthia Lorenza Flores.

The second person of Mexican American national origin whom was portraying to be named Eddie threatened to kill the petitioners mother Cynthia Lorenza Flores if she did not go to the police department to state that she was not being sexually assaulted as the petitioner had reported so as to enable the corrupt federal agent to influence the police department to generate a warrant out for the petitioners arrest for allegedly false reporting with the specific intent of illegally incarcerateing the petitioner to prevent the petitioner from further communicateing to state and federal law enforcement agencies to prevent an investigation that can result in criminal law ful

sanctions against both meixcan persons that were portraying to be named Eddie for sexually

assaulting the petitioners mother Cynthia Lorenza Flores.

Both Mexican persons then brought another person of white American national origin named

Billy Joe to forcefully reside at the place of Cynthia Lorenza Flores residency so as to make sure

that she did not go to state and federal law enforcement agencies to resport that she was beings

exually assaulted.

Both Mexican persons then threatened to kill Cynthia Lorenza Flores if she did not divorce her

husband Javier Vnesor Flores Senior and remarry the Mexican person named Eddie so as to

influence the justice officials to believe that she was not being sexually assaulted as her son Eric

Flores had reported to the police department.

This was done so as to enable both Mexican persons named Eddie to conspire dispute property

such as land owned by both Cynthia Lorenza Flores and her husband Javier Flores Senior in Las

Vegas Navada  in a divorce lawsuit so as to procurr for Cynthia Lorenza Flores to be the sole

owner of the land after remarrying the Mexican person named Eddie whom would later

conspired to not only kill Cynthia Lorenza Flores but also take possession of the assets for the

land in Las Vegas Navada.

The fact that the organized group of executive employees of the federal government used

advanced technology to take physical control of the petitioner mother Cynthia Lorenza Flores

mental state of mind to compel her into an act of dures by a calculated procedure to have sex

without her consent or awareness with another person while she was still married to the

petitioners father Javier Vensor Flores Senior constitutes a violation of the First Amendment

right to free exercise of religios belief , thou shall not commit adultery, especially since the

petitioners mother Cynthia Lorenza Flores use to hold moral value to that particular
commandment of the Christian holy bible.

Not to withstand the fact that the petitioners mother Cynthia Lorenza Flores use to tell her
children that if she were to get divorced with her husband Javier Vensor Flores Senior whom is
the petitioners father , that she would get married to a doctor or a lawyer some one of good
standing with the community however the person of Mexican American national origin named
Eddie is not a lawyer or a doctor in good standing with the community because he has a bad
cocaine habit that is supported by the petitioner mother Cynthia Lorenza Flores in which only
proves that the organized group of executive employees of the federal government did use
advanced technology to take physical control of her mental state of mind to compel her into an
act of dures by a calculated procedure to have sexual intercourse without her consent or
awareness with another person of Mexican American national origin by the name of Eddie.
The fact that the petitioners mother Cynthia Lorenza Flores had a moral value to not commit
adultery with another male person while she was still married to the petitioners father Javier
Vensor Flores Senior proves that the organized group of executive employees of the federal
government did in fact use advanced technology to take physical control of the petitioners
mother Cynthia Lorenza Flores mental state of mind to compel her into an act of dures by a
calculated procedure to have sexual intercourse with another person of Mexican American
national origin named Eddie

The aforementioned circumstances established that the governmental interference of this nature
does violate the petitioner , his mother Cynthia Lorenza flores , and his father Javier Vensor
Flores Senior First Amendment right to free exercise of religious belief , thou shall not commit
adultery while still in marriage with their spouse.

Not to withstand the fact that the person of mexican american national origin by the name of Eddie whom is sexually assualting the petitioners mother Cynthia Lorenza Flores , is directly related to a member of the organized group of executive employees of the federal government whom are allegeing to have establsihed an intimid relationship with the petitioners immediate relatives to influence the justice officials to specifically assign said member of the organized group of executive employees of the federal government to all emails , affidavits , letters , and audio recordings that the petitioner sent to the United States Department of Justice so as to prevent a judicial investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for engageing in negligent torturious conduct that has resulted in the death of more than four of the petitioners immediate relatives constituteing mass murder in the first degree.

The fact that the organized group of executive employees of the federal government forcefully established an intimid relationship with one of the petitioners immediate relatives so as to intimidate the justice officials to not investigate all emails , letters , audio recordings , and affidavit sent by the petitioners to the United States Department of Justice in Washington D.C., constitutes unjustified governmental interference with communication to federal law enforcement agencies in violation of the First Amendment right to Freedom of Speech. Furthermore the organized group of executive employees of the federal government further used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Joann Flores for long durations exceeding calendar years in which was equivalent in intensity to take physical control of her mental state of mind so as to compel her into an act of dures by a calculated procedure to have sexual intercourse without her consent or awareness with another person of

African American national origin by the nickname of FAME that is directly related to a member

of the organized group of executive employees of the federal government constituteing sexual

assualt in the first degree.

(v)In the Marriage of Javier Flores Junior and Jessica Lazarin

The petitioner continues contending the governmental interference in the marriage between

Javier Flores Junior and Jessica Lazarin that resulted in a violation of the First Amendment right

to Free Exercise of Religious Belief , in particular ;.

On May 7 , 1981 the petitioners brother Javier Flores Junior was born in the County of El Paso

Texas,

The petitioner does not know when his sister in law Jessica Lazarin was born however the

petitioner does know that his sister in law was born in the County of El Paso Texas.

On or about the month of January of 1996 the organized group of executive employees of the

federal government used advanced technology with a direct siganl to the satelite in outerspace

that has the capability of calculateing a genetic code to profoundly disrupt the personality and

senses of Javier Flores Junior for long durations exceeding calendar years inwhich was

equivalent in intensity to take physical control of his mental state of mind to compel him into an

act of dures by a calculated procedure to have sexual intercourse with a female person of

mexican american national origin named Jessica Lazarin which resulted in the birth of two

children.

The name of the two children were Naomi Rene Flores and April Flores.

The State of Texas has issued a mandate stateing that any two spouses living together for a

period of six months or more can be considered common law married.

After the first childs birth the petitioners brother Javier Flores Junior had been living together with Jessica Lazarin for a period of more than six months which they considered to be common law marriage.

The petitioners brother Javier Flores Junior then went and worship the lord by reciteing holy vows to establish a common law marriage with Jessica Lazarin in a religious church.

Javier Flores Junior and Jessica Lazarin frequently attended church services to worship their lord and would commonly practice moral values and beliefs constistant with the religious principles of the holy christain bible such as promiseing one another to not committ adultery against each other during their life time marriage.

During their marriage an organized group of executive employees of the federal government began using advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Javier Flores Junior and Jessica Lazarin for long durations exceeding calendar years in which was equivalent in intensity to take physical control of their mental state of mind so as to compel them into a an act of dures by a calculated procedure to engage in a domestic dispute such as argueing with each other or physically fighting with each other for the purpose of deteriateing their relationship to separate them from their marriage so as to promote the business of divorceing them in a family district court of law under the authority of the organized group of executive employees of the federal government.

After their divorce the organized group of executive employees of the federal government used advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Javier Flores Junior severe mental pain for long durations exceeding calendar years in which was equivalent in intensity to a great amount of pain to his

brain that caused him to remain asleep for long durations resulting in a loss of memory for his loved one and children.

As a result the petitioners brother Javier Flores Junior did npot spend time with his common law wife or their children for a long time while remaining asleep because of a great amount of pain to the brian.

This was done so as to make Jessica Lazarin believe that Javier Flores Junior was no longer interested in their marriage so as to make it easier for the organized group of executive employees of the federal government to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the Jessica Lazarin for long durations exceeding calendar years which was equivalent in intensity to take physical control of her mental state of mind by a calculated procedure to have sexual intercourse without her consent or awareness with another person of Mexican American national origin named Gabriel in which resulted in the birth of another child ending the relationship between the Javier Flores Junior and Jessica Lazarin.

The aforementioned circumstances prove that the organized group of executive employees of the federal government used advanced technology to interfere with the common law marriage between Javier Flores Junior and Jessica Lazarin to include their two children.

The type of advanced technology that was used to interfere in the common law marriage of Javier Flores Junior and Jessica Lazarin has the capability of takeing physical control of a persons mental state of mind without the persons knowingly awareness in which has the tendency of making the person believe that the persons actions are as a result of that persons own thought process or mental ability and not the result of the governmental usage of advanced technology to compel that person into said action.

So the person tends to believe that their actions were committed in their individual capability based on their own mental ability without knowing that said action was a result of governmental usage of advanced technology to compel that person into said action.

In this particular marriage the organized group of executive employees of the federal governemt used advanced technology to make Javier Flores Junior feel as if he was leaveing his spouse Jessica Lazarin because of the hardship of argueing and fighting with each other for a long period of time causeing them to feel uncomfortable with one another.

However the fact that an organized group of executive employees of the federal government are solely responsible for using advanced technology to compel a person into an act of dures by a calculated procedure to make that person think that he hates his spouse for the purpose of separateing their marriage constitutes a violation of the First Amendment right to free exercise of religious belief because the separation of the marriage was in total controversy to the vows that were recited in a religious church to establish a common law marriage between Javier Flores Junior and Jessica Lazarin.

Not to with stand that the fact that the organized group of executive employees of the federal government used advanced technology to take physical control of Jessica Lazarins mental state of mind to compel her into an act of dures by a calculated procedure to have sexual intercourse with another person of Mexican American national origin named Gabriel while Jessica Lazarin was still in common law marriage with Javier Flores Junior constitutes a violation of the First Amendment right to free exercise of religious belief , thou shall not commit adultery.

Because the governmental interference is seperateing a Javier Flores Junior from his common law spouse Jessica Lazarin without that persons knowingly awareness does constitute a violation

of Javier Vensor Flores Juniors' First Amendment right to free exercise of religious belief since the common law marriage was established in a religious church.

Furthermore the organized group of executive employees of the federal government then conspired to eliminate evidence that would prove that they had used advanced technology to interfer in the marriage of Javier Flores Junior and Jessica Lazarin in violation of their First Amendment right to free exercise of religious belief by causeing the death of the petitioners brother Javier Flores Junior.

For this reason the organized group of executive employees of the federal government decided to emphasize on their plot to cause the death of Javier Flores Junior by using advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Javier Flores Junior for long durations exceeding calendar years in which was equivalent in intensity to take physical control of his mental state of mind to compel him into an act of dures by a calculated procedure to have sexual intercourse without his consent or awareness with another female person of Mexican American national origin named Ashley Rex whom later bore a child named Polo Nicolas Flores to Javier Flores Junior.

The petitioners brother Javier Flores Junior eventually married Ashley Rex Flores in a court of law.

Once again their was governmental interference in the marriage between Javier Flores Junior and Ashley Rex Flores.

The governmental interference was consistent with the organized group of executive employees of the federal governments authority over the district courts for the County of El Paso Texas to illegally incarcerate Javier Flores Junior for defending himself with a knife in a physical

altercation with another person of African American national origin in which was solely
conspired by the organized group of executive employees of the federal government to cause a
determental strain to the marriage between Javier Flores Junior and Ashley Rex Flores.
This was done so as to make it easier for the organized group of executive employees of the
federal government to use advanced technology with a direct signal to the satellite in outerspace
that has the capability of calculateing a genetic code to profoundly disrupt the personality and
senses of Ashley Rex Flores for long durations exceeding calendar years in which was equivalent
in intensity to take physical control of her mental state of mind to compel her into an act of dures
by a calculated procedure to have sexual intercourse without her consent or awareness with
another person of Mexican American national origin while she was still married to Javier Flores
Junior.
As a result Ashley Rex Flores bore another child to the unknown person of Mexican American
national origin while she was still married to Javier Flores Junior.
After being released from incarceration , Javier Flores Junior attempted to reconcile the
relationship with his wife Ashley Rex Flores even though she had given birth to another child
from another person during the time that Javier Flores Junior was incarcerated.
However the other unknown person seemed to have more emotional control over Ashley Rex
Flores which cause for differences to arise between Javier Flores Junior and Ashley Rex Flores ,
making it easier for the organized group of executive employees of the federal government to be
able to use advanced technology with a direct signal to the satellite in outerspace that has the
capability of calculateing a genetic code to profoundly disrupt ther personality and senses of
Javier Flores Junior for long durations exceeding calendar days in which was equivalent in
intensity to take physical control of his mental state of mind to compel him into an act of dures

by a calculated procedure to argue and fight with his second wife resulting in the separation of his marriage with his second wife.

The sole reason why the organized group of executive employees of the federal government used advanced technology to take physical control of Javier Flores Junior mental state of mind so as to compel him into an act of dures by a calculated procedure to have sexual intercourse with another female person named Ashley was so that when the investigative official begin to think of how Javier Flores Junior was killed and creamaded to ashes giving the indication of the first three letters of the name Ashley so as to intimidate the investigative official to discontinue the investigation or be the subject of death just like Javier Flores Junior.

Furthermore the organized group of executive employees of the federal government have conspired to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Naomi and April Flores for long durations exceeding calendar years in which was equivalent in intensity to take physical control of their mental state of mind so as to compel them into an act of dures by a calculated procedure to have sexual intercourse without their effective consent or awareness with another person that is directly related to a member of the organized group of executive employees of the federal government constituteing sexual assault in the first degree.


### (vi) In the Marriage of Eric Flores and Jessica A. Munoz

The petitioner continues contending the governmental interference in the marriage between the petitioner Eric Flores and the mother of the petitioners child named Jessica A. Munoz that resulted in a violation of the First Amendment right to Free Exercise of Religious Belief , in particular ;

On June 25 , 1982 the petitioner Eric Flores was born in the County of El Paso Texas in a freeworld hospital named Thompson Medical Center.

On May 28 , 1981 the mother of the petitioners child named Jessica A. Munoz was born in the County of El Paso Texas.

On or about the month of January of 2002 the organized group of executive employees of the federal government used advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioner for long durations exceeding calendar years inwhich was equivalent in intensity to take physical control of his mental state of mind so as to compel him into an act of dures by a calculated procedure to have sexual intercourse without his consent or awareness with another female person of mexican american national origin named Jessica A. Munoz so as to casually inferr to the same circumstances that occurred with the petitioners brother Javier Flores Junior whom also first establsihed an intimid relationship with a female person of mexican american national origin by the first name of Jessica.

The petitioner establsihed an intimid relationship with Jessica A.Munoz whom later bore one child named Yzabella Celeste Flores to the petitioners offspring.

The State of Texas has issued a mandate stateing that any two unmarried spouse living together for a period of six months or more are considered to be common law married.

During the intimid relationship that lead to the birth of Yzabella Celeste Flores , the petitioner had been living together with Jessica A. Munoz for a period of more than six months which they considered to be common law marriage.

The petitioner Eric Flores and Jessica A. Munoz promised each other to never sleep with another person because it was against the principles of the holy bible , thou shall not committ adultery.

The petitioner Eric Flores and Jessica A. Munoz would frequently pray to their lord about keeping their marriage from falling apart and liveing together for a life time.

Even though the petitioner Eric Flores and Jessica A. Munoz were of different religion they still had the tendency to pray to their lord to forgive them for their sins and keep their marriage together for a life time which could be constituted as a religious belief or practice.

During their relationship the organized group of executive employees of the federal government misused their authority over the district courts for the County of El Paso Texas to illegally incarcerate the petitioner for a long period of time to be able to take advantage of Jessica A. Munoz while the petitioner was incarceration.

After incarcerateing the petitioner, the organized group of executive employees of the federal government used advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Jessica A. Munoz for long durations exceeding calendar years inwhich was equivalent in intensity to take physical control of her mental state of mind so as to compel her into an act of dures by a calculated procedure to have sexual intercourse without her consent or awareness with another person of white american national origin so as to determental effect the emotional effect of haveing a baby from the petitioner inwhich was solely conspired to plan the seperation in the relationship between the petitioner Eric Flores and Jessica A. Munoz.

After the petitioner was released from incarceration , the petitioner attempted to reconcile the common law marriage with Jessica A. Munoz however the organized group of executive employees of the federal government used advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of both the petitioner Eric Flores and Jessica A. Munoz for long

durations exceeding calendar days inwhich was equivalent in intensity to take physical control of their mental state of mind to compel them into an act of dures by a calculated procedure to begin to argue and fight with each other so as to deteriate the effort to reconcile their common law marriage resulting in the seperation of Eric Flores and Jessica A. Munoz to include their daughter Yzabella C. Flores.

The fact that the organized group of executive employees of the federal government used advanced technology to take physical control of Jessica A. Munoz mental state of mind to comepl her into an act of dures by a calculated procedure to have sexual intercourse with another person while still in common law marraige with the petitioner Eric Fl;ores constitutes unjustified governmental interference with their religious beliefs in violation of the First Amendment right to free exercise of religious belief since the petitioner and Jessica A. Munoz had practice praying to their lord to keep their marriage from falling apart.

The main reason why the organized group of executive employees of the federal government wanted for both brothers Javier Flores Junior and Eric Flores to first establish an intimid relationship with female persons of mexican american national origin by the first name of Jessica was so that the organized group of executive employees of the federal government could casually inferr the circumstances that occurred in the first relationship between Javier Flores Junior and Jessica Lazarin so as to create the same circumstances in the relationship between Eric Flores and Jessica A. Munoz.

For example Javier Flores Junior had children with Jessica Lazarin whom were later seperated by unjustified governmental interference.

The same circumstances occurred in the relationship between Eric Flores whom had children with Jessica A. Munoz  and later were seperated by unjustified governmental interference.

In the present circumstances of both brothers intimid lives , Javier Flores Junior establsihed an intimid relationship with a female person of mexican american national origin by the first name of Ashley inwhich was before the organized group of executive employees of the federal government shot and killed him to creamade him to ashes so as to casually inferr to a pattern of circumstances that give the indication of the first three letters of his second wifes name Ashley which means ashes just like Javier Flores Junior was creamaded to ashes.

It is the petitioners believe that the organized group of executive employees of the federal government are now conspireing to use advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioner for long durations exceeding calendar days inwhich was equivalent in intensity to take physical control of his mental state of mind so as to compel him into an act of dures by a calculated procedure to have sexual intercourse without his consent or awareness with a female person that has a specific name that can casually be inferred or attributed to the circumstances of a conspiarcy to cause the death of the petitioners in the future just like his brother Javier Flores Junior..

Furthermore the organized group of executive employees of the federal government have further conspired to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioner for long durations exceeding calendar years in which was equivalent in intensity to take physical control of his mental state of mind to compel him into an act of dures by a calculated procedure to have sexual intercourse without his consent or awareness with a homosexual person that is directly related to a member of the organized group of executive employees of the federal government constituteing unjustified governmental interference with

the petitioners first amendment right to free exercise of religious belief to only have sexual intercourse with a female person whom was created by the petitioners God to have children and not have sex with homosexual persons whom were not created by the petitioners God to have sexual intercourse with a person of the same sex..

Even more the organized group of executive employees of the federal government have further conspired to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioners daughter Yzabella C. Flores for long durations exceeding calendar years in which is equivalent in intensity to take physical control of her mental state of mind to compel her into an act of dures by a calculated procedure to have sexual intercourse without her effective consent or awareness with another person that is directly related to a member of the organized group of executive employees of the federal government constituteing sexual assault in the first degree. To the extent that the organized group of executive employees of the federal government went to the religious christian church that the petitioner had been attending throughout his childhood to influence the church administration to not allow the petitioner to continue to attend religious services that were provided by the church in which deprived the petitioner of his First Amendment right to Free Exercise of Religious Belief.

(vii) In the Marriage of Joann Flores and Rudy Alva

The petitioners continues contending the governmental interference in the common law marriage between Joann Flores and Rudy Alva that resulting in a violation of the First Amendment right to Free Exercise of Religious Belief , in particular ;

The petitioner does not know on what date his sister Joann Flores was born however the petitioner does know that his sister Joann Flores was born in the County of El Paso Texas.

The petitioner sister Joann Flores attended a christain religious church throughout her child hood and had a live style of moral values and belief based on the religious principles that she learned at the christain church.

Throughout Joann Flores child hood years the petitioners mother Cynthia Loenza Flores would constantly remind her daughter Jaonn Flores that the bible says that woman shall only have one husband whom shall be the father of all their children.

The petitioners mother would also tell her daughter that the holy bible says thou shall not commit adultery with another person so as to make sure that Joann Flores would not sleep with another man other than the father of her children.

Because of the petitioners mothers religious teaching therefore the petitioners sister would often say throughout her child hood that she was only going to have one husband whom would be the father of all her children.

The petitioners sister would also pray about being married to one husband whom would be the father of all her children and treat her good and be supportive towards the family and all their children.

Because the petitioners mother Cynthia Lorenza Flores gave birth to only one girl Joann Flores and five boys , the organized group of executive employees of the federal government were very jealous about the only girl in the petitioners family.

The organized group of executive employees of the federal government were so jealous of the only girl in the petitioners family that they conspired to use advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetiic code to

profoundly disrupt the personality and senses of the Joann Flores for long durations exceeding

calendar years inwhich was equivalent in intensity to take physical control of her mental state of

mind so as to compel her into an act of dures by a calculated procedure to forcefully have sexual

intercourse with another person of mexican american national origin named Rudy Alva resulting

in the birth of one male child named Cebastain Alva.

After Joann Flores gave birth to her child , the father of the child named Rudy Alva began

liveing with Joann Flores at her mothers house to take care of the child.

The State of Texas has issued a mandate stateing that any person that lives together with another

person for a period of six months or more can be constitutes as common law marriage.

Rudy Alva was liveing with Joann Flores for more than six months inwhich can be constituted as

common law marriage.

Around the same time that Joann Flores gave birth to her child , the petitioner , his brothers to

include his sister Joann Flores began going to college to earn an educational degree.

The organized group of executive employees of the federal government became very jealous

about the fact that the petitioner and his brother includeing his sister were all going to college to

earn an educational degree.

The organized group of executive employees of the federal government began using advanced

technology with a direct signal to the satellite in outerspace that has the capability of calculateing

a genetic code to cause the petitioner and his brothers severe mental pain for long durations

exceeding calendar days in which was equivalent in intensity to a great amount of mental distress

so as to distort the petitioner and his brothers mental state of mind while they were trying to

concentrate on their classroom assignment for the purpose of effecting their grade point average

to hinder their efforts in earning an educational degree.

This was done to casually infer to a movie named Rudy which is about a young boy whom was not accepted at an educational institution because of poor grades in which could be connect to Rudy Alva has the same fisrt name as the movie whom is the father of the petitioners sisters new born baby.

The sole purpose of casually inferring to the movie Rudy was because as a result of the government employees usage of advanced technology to cause the petitioners brothers a great amount of psychological harm while they were trying to concentrate on the classroom assignment they earned poor grades and were next accepted in their educational institution just like the movie Rudy.

To the extent that after the petitioners sister Joann Flores gave birth to Cebastain Alva , the organized group of executive employees of the federal government became very jealous about the birth of the child and used advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to cause the newborn child Cebastain Alva severe abdominal pain for long durations exceeding calendar years inwhich was equivalent in intensity to a great amount of pain to the newborn childs lower abdominal region causeing the child to deficate blood during his bowmovement almost leading to his requireing medical treatment from a forensic medical professional in freeworld hospital on two seperate occassion to keep the new born child from dieing.

This was done so as to make it easier for the organized group of executive employees of the federal government to use advanced technology with a direct signal to the satelite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioners brother in law Rudy Alva for long durations exceeding calendar years inwhich was equivalent in intensity to take physical control of his mental state of mind to compel

him into an act of dures by a calculated procedure to feel emotionally depressed about how bad

his newborn child was being tortured so as to committ suicide by hanging himself to death.

This was done so as to be able to take advantage of the petitioners sister Joann Flores after cause

the death of the father of her child.

Thereafter organized group of executive employees of the federal government then used

advanced technology with a direct signal to the satelite in outerspace that has the capability of

calculateing a genetic code to profoundly disrupt the personality and senses of Joann Flores for

long durations exceeding calendar days inwhich was equivalent in intensity to take physical

control of her mental state of mind to compel her into an act of dures by a calculated procedure

to have sexual intercourse with another person of african american national origin by the

nickname of FAME whom was directly related to a member of the organized group of executive

employees of the federal government constituteing sexual assualt in the first degree.

The person of african american national origin by the nickname of FAME whom is sexually

assualting the petitioners sister Joann Flores is directly related to a member of the organized

group of executive employees of the federal government whom are allegeing to have established

an intimid relationship with the petitioners immediate relatives so as to influence the justice

officials to specifically assign said member of the organized group of executive emplioyees of

the federal government to all affidavit , letters , and audio recordings that the petitioner was

sending to the United States Department opf Justice in Washington D.C., so as to prevent a

judicial investigation that can result in criminal lawful sanctions against the organized group of

executive employees of the federal government for engageing in negligent torturious conduct

that has resulted in the death of more than four of the petitioners immediate relatives

constituteing mass murder in the first degree.

The fact that the organized group of executive employees of the federal government used advanced technology to not only cause the death of Rudy Alva but also take physical control of the petitioners sisters mental state of mind to forcefully compel her into an act of dures by a calculated procedure to have sexual intercourse with another person of african american national origin by the nickname of FAME constitutes a violation of Joann Flores First Amendment right to Free Exercise of Religious Belief to have only one husband whom shall be the father of all your children to include to never have sex with another person other than the father of her children.

The fact that the organized group of executive employees of the federal government forcefully established an intimid relationship with one of the petitioners immediate relatives so as to intimidate the justice officials to not investigate all emails , letters , audio recordings , and affidavit sent by the petitioners to the United States Department of Justice in Washington D.C., constitutes unjustified governmental interference with communication to federal law enforcement agencies in violation of the petitioners First Amendment right to Freedom of Speech.

Furthermore the organized group of executive employees of the federal government have retaliated against the invocation of the petitioners constitutional rights by conspireing to cause the death of each one of the petitioners brothers in chronological order from oldest to youngest every time the petitioners only sister Joann Flores has a newborn child.

For example (9) nine days before the petitioners sister Joann Flores gave birth to her first newborn baby named Cebastian Alva , the organized group of executive employees of the federal government shot and killed the petitioners oldest brother Javier Flores Junior (9) nine days before the petitioners sister Joann Flores gave birth to her newborn child.

The organized group of executive employees of the federal government have threatened to cause the death of the petitioner whom is the second oldest brother in his family which will occur right before the petitioners sister Joann Flores gives birth to her next new born child.

The organized group of executive employees of the federal government have threatened to carry on with the tradition of causeing the death of each one of the petitioners brother to include the petitioner every time the petitioners sister Joann Flores gives birth to a newborn baby.

(7) Statement of Facts

(i)Respondants Liability in Official Capacity for Constitutional Deprivation of First Amendment Right to Freedom of Speech

Claims against individuals in there official capacity are claims against the governmental entities that employee them.

The petitioner Eric Flores does not know the actual names of the complained about executive employees of the federal government however has provided sufficient information to identify there national origin and the place of there residence for service of process.

Whereby the petitioner Eric Flores has describe the respondants with nonfictionist names such as executive employees of the federal government that are persons of white american national origin whom are agents , employees , officers , or persons bound to or acting in concert with the United States Attorney General Offices ,Department of Justice Building , located at 950 Pennsylvania Avenue , N.W., Washington D.C., 20530.

The liability of the municipality or governmental entity named United States Attorney Generals Office may arise from a decision of a final policy maker responsible for that activity which caused a constitutional deprivation.

Therefore the petitioner Eric Flores must assert a constitutional violation that resulted from a local governmental custom or practice to establish liability against the United States Attorney General Office for its governmental employees acts or omissions that caused the petitioner and his immediate relatives a constitutional deprivation.

The United States Department of Justice has authorized its employees to interfere with a citizens free exercise of religious belief right when the interference is reasonably related to a penological interest.

For example if a person has religious belief such as the jihad to wage war on Americans then the United States Department of Justice has authorized its employees to interfere with that persons religious belief in the public interest of health and safety.

However in this particular case , the petitioner and his immediate relatives are not engageing in any religious belief that presents a threat of serious injury such as death against the public in general .

The petitioner and his immediate relatives religious beliefs are consistant with the holy Christian bibles ten commandments that serve as principles of moral behaviour for the human race.

The ten commandments of God are the foundations of the moral code and legal system of justice for Western Christian civilization.

Therefore it suffice to assert that there is no valid reason for the unjustified governmental interference with the petitioner and his immediate relatives religious belief that serve as principles of moral behaviour in all marriages within their entire family tree.

Not to withstand the fact that there is no valid reason for the unjustified governmental interference at the place of the petitioners and his immediate relatives religious worship

.

(ii)Respondants Liability in Official Capacity for Constitutional Deprivation of First Amendment
Right to Freedom of Speech

Claims against individuals in there official capacity are claims against the governmental entities
that employee them.

The petitioner Eric Flores does not know the actual names of the complained about executive
employees of the federal government however has provided sufficient information to identify
there national origin and the place of there residence for service of process.

Whereby the petitioner Eric Flores has describe the respondants with nonfictionist names such as
executive employees of the federal government that are persons of white american national
origin whom are agents , employees , officers , or persons bound to or acting in concert with the
United States Attorney General Offices ,Department of Justice Building , located at 950
Pennsylvania Avenue , N.W., Washington D.C., 20530.

The liability of the municipality or governmental entity named United States Attorney Generals
Office may arise from a decision of a final policy maker responsible for that activity which
caused a constitutional deprivation.

Therefore the petitioner Eric Flores must assert a constitutional violation that resulted from a
local governmental custom or practice to establish liability against the United States Attorney
General Office for its governmental employees acts or omissions that caused the petitioner and
his immediate relatives a constitutional deprivation.

The United States Department of Justice has authorized its employees to interfere with a persons
freedom of speech right when reasonably related to a legitimate penological interest.

For instance , if a person is exerciseing his right to freedom of speech to influence a large
amount of people to indorse the interest of a jihad religious belief to wage war on Americans

which presents a threat of serious injury such as death against the public in general in which sufficiently establishes a penological interest for the United States Department of Justice to authorize its employees to interfere with that persons freedom of speech right in the public interest of health and safety.

In this particular case , the petitioner was not exerciseing his freedom of speech right in the interest of presenting a threat of serious injury such as death against the public in general. The petitioners exerciseing his freedom of speech right by sending letters from his incarceration to communicate to the federal court system for the purpose of complaining against an organized group of executive employees of the federal government whom were engageing in judicial misconduct to unlawfully setup their own courts of common law with the specific intent of simulateing the legal process to deprive the petitioner of equal protection of law by electronically fileing frivolous documents resembleing legitimate court actions which falsely portray to dismiss the petitioners nonfrivolous legal claims so as to cause the clerk of the court to close the case to prevent a judicial investigation that can result in lawful sanctions against the organized group of executive employees of the federal government for engageing in negligetnt torturious conduct that had resulted in the death of one of the petitioners immediate relatives named Jorge Salas without the authorization of the United States government.

The organized group of executive employees of the federal government deprived the petitioner of his First Amendment right to free exercise of religious belief by intercepting , stealing , or throwing away in the trash the petitioner outgoing legal mail from his incarceration so as to prevent the petitioner from communicateing to the federal court system to prohibit a judicial investigation that can result in lawful sanction against the organized group of executive

employees of the federal government for engageing in conduct that is prejudicial to the effective and expeditious administration of the business of the court.

After the release from incarceration , the petitioner continued to exercise his freedom of speech right by sending out letters via the United States mail to communicate to federal and state law enforcement agencies for the purpose of complaining against the organized group of executive employees of the federal governments negligent torturious conduct that has resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

However the organized group of executive employees of the federal government deprived the petitioner of his freedom of speech right by misuseing their official capacity to influence United States Postal Employee to steal the petitioners legal mail or throw away the petitioners legal mail so as to prevent the petitioner from communicateing to state and federal law enforcement agencies to prohibit an investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for their negligent torturious conduct that has resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

As a result the petitioner further exercise his freedom of speech right by communicateing to a United States Postal Manager named Vincent E. Mcdaniel to complain that his subordinate postal employees were stealing the petitioners outgoing legal mail whom stated that he would conduct an investigation to criminal prosecute the postal employee that was stealing the petitioners legal mail.

The organized group of executive employees of the federal government deprived the petitioner of his first amendment right to free exercise of religious belief by using deadly technology to torture the postal manager named Vincent E. McDaniel to death so as to prevent an internal

postal investigation that can result in criminal lawful sanctions against the postal employee that was stealing the petitioners out going legal mail.


(8) Summary of Argument

The Free Exercise Clause reserves the right of American citizens to engage in any religious belief and religious rituals. The wording in the free-exercise clauses of state constitutions asserts that religious "opinion, expression of opinion, and practice were all expressly protected" by the Free Exercise Clause. The clause protects not just religious beliefs but actions made on behalf of those beliefs. More importantly, the wording of state constitutions suggest that "free exercise envisions religiously compelled exemptions from at least some generally applicable laws."The Free Exercise Clause not only protects religious belief and expression; it also seems to allow for violation of laws, as long as that violation is made for religious reasons.

The First Amendment right to Free Exercise of Religious Belief suggest that to afford protection for a philosophical belief , it must :

(i) be genuinely held ;

(ii) be a belief and not an opinion or viewpoint based on the present state or information available;

(iii) be a belief as to a weighty and substantial aspect of human life and behaviour ;

(iv) attain a certain level of cogency , seriousness , cohension and importance;

(v) be worthy of respect in a democratic society and not incompatible with human dignity and\or conflict with the fundamental right to others.

With respect to the Freedom of Speech , the right to be free from unjustified governmental interference with communication with the federal court system includeing federal and state law enforcement agencies.

The appropriate inquiry is whether the governmental interference with communication with the federal court systems to include federal and state law enforcement agencies was reasonably related to a legitimate penological interest.

(9) Argument

Pursuant to the First Amendment of the United States Constitution , all citizens shall have the right to free exercise of religious belief and practices.

The petitioner andhis immediate relatives are citizens of the United States of American and were all born in the County of El Paso Texas.

The petitioner and his immediate relatives religious beliefs were genuinely held as moral principles of behaviour that tended to their marriages.

These moral principles of behaviour were consistant with the ten commandments of the Christian holy bible that the petitioner and his immediate relatives used as standards of conduct in their marriage relationships with their spouses.

For example one of the ten commandment is to not commit adultery by having sex with another person while still married to their spouse.

This commandment to not commit adultery was one of the most important moral principles of behaviour that the petitioner and his immediate relatives exercised or used as standards of conduct in their relationships with their spouses because the petitioner and his immediate

. .

relatives recited a body of holy words consistant with the commandment to not commit adultery during their wedding with their spouse.

Those of the petitioners immediate relatives whom were not married by traditional wedding recited the commandment to not commit adultery by persistently asking their common law spouse to never have sex with another person and went to a place of religious worship such as a Christian church to pray to their lord to give their common law wife the strength to endure whatever problem she encountered during her common law marriage so that she would not leave her common law spouse to have sex with another person.

These circumstances show that the petitioner and his immediate not only held a genuine religious believe but also exercised their religious belief in their daily lives and marriages which was commonly respect by the democratic society that they lived inn.

The fact that government agents used advance technology to take physical control of the petitioner , his immediate relatives, or their spouses mental state of mind so as to compel them into an act of dures by a calculated procedure to have sexual intercourse without their effective consent or awareness with another person other than their spouse does constitute unjustified government interference in their free exercise of religious belief , thou shall not commit adultery or to not have sex with another person other than their spouse in violation of the First Amendment of the United States Constitution.

The governmental employees did not have a justifiable compelling interest to interfer in the marriages of the petitioner and his immediate relatives , or their spouses.

 The petitioner and his immediate relatives religious belief to never commit adultery had the importance of keeping the family together in unity to help each other through hard times however now with the unjustified governmental interference the family is falling apart with

members of the family refuseing to help one another because of the relationship the member of the family has established with an outsider of the family tree.

With respect to the petitioners freedom of speech claim the right to be free from unjustified governmental interference with communication to the federal courts system to include state and federal law enforcement agencies , the petitioner has contended that he sent from his incarceration letter via the United States Postal Services to the federal court system to complain that an organized group of executive employees of the federal government retaliated against the invocation of the petitioners constitutional rights in a civil case that was challengeing the conditions of his pretrial confinement by engageing in negligent torturious conduct that had resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

The petitioner contended that the organized group of executive employees of the federal government intercepted the petitioners outgoing legal mail so as to not allow the petitioner to communicate to the federal court system to prevent a judicial investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for engageing in negligent torturious conduct that has resulted in the death of the petitioner immediate relative named Jorge Salas in which constituted unjustified government interference with communication to federal and state law enforcement agencies in violation of the First Amendment right of Freedom of Speech.

The organized group of executive employees of the federal government did not have a compelling government interest to intercept the petitioner outgoing legal mail from the place of his incarceration other than to prevent a judicial investigation that can result in criminal lawful sanctions for their negligent torturious conduct that resulted in the death of the petitioners immediate relative named Jorge Salas.

• •

After the release from incarceration , the petitioner continued sending letters via United States Postal Services to state and federal law enforcement agencies to complain against the organized group of executive employees of the federal government for retaliateing against the invocation of the petitioners constitutional rights in a civil case that was challengeing the condition of the petitioners pretrial confinement by engageing in negligent torturious condct that has resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

The organized group of executive employees of the federal government retaliated against the petitioner for continueing to send letters to state and federal law enforcement agencies after he was released from incarceration by misuseing their official capacity to influence , instruct , demand , bribe , or coerce a postal employee to intercept the petitioners outgoing legal mail article every time the petitioner went to the post office to send mail out in which constituted unjustified governmental interference with communication to federal law enforcement agencies in violation of the First Amendment right to Freedom of Speech.

As a result the petitioner exercised his freedom of speech right by communicateing with a United States Postal Supervisor named Vincent E. McDaniel to complain that his subordinate postal employees were stealing the petitioner legal mail on behalf of an organized group of executive employees of the federal government so as to prevent a judicial investigation that can result in criminal lawful sanctions against the organized group of executive employees of the federal government for their negligent torturious conduct that has resulted in the death of one of the petitioners immediate relatives named Jorge Salas.

The United States Postal Supervisor named Vincent E. McDaniel told the petitioner that an internal investigation would ensue to determine if a postal employee was stealing the petitioners outgoing legal mail.

The organized group of executive employees of the federal government interfered with the petitioners freedom of speech right to communicate with a United States Postal Supervisor named Vincent E. McDaniel by using advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Vincent E. McDaniel severe heart pain for long durations exceeding calendar years in which was equivalent in intensity to cardiac and respatory failure that lead to a heart attack resulting in the death of Vincent E. McDaniel so as to prevent an internal postal investigation that could have resulted in criminal lawful sanctions against the organized group of executive employees of the federal government for misuseing their official capacity to instruct or demand that a postal employee steal the petitioners outgoing legal mail.

These circumstances do prove that the petitionrs First Amendment right to Freedom of Speech was violated without justifiably and compelling governmental interest.


(10) Conclusion and Prayer

Wherefore Primises Considered in conformance with the prerequisites settforth herein the petitioner prays that the federal court determine whether the petitioner and his immediate relatives first amendment right to free exercise of religious belief was violated by unjustified governmental interference as described above.

The petitioner further prays that the federal court determine whether the petitioners first amendment right to freedom of speech with communication to the federal court system to include federal and state law enforcement agencies was violated by unjustified governmental interference as described above.

The petitioner prays that the federal court find that the unjustified governmental interference violated the petitioner and his immediate relatives first amendment right so as to issue an order assigning a federal grand jury to conduct an investigation to reveal the identity of the members of the organized group of executive employees of the federal government whom are responsible for committing mail theft and tortureing to death Jorge Salas and Vincent E. McDaniel.

The petitionr further prays that the federal court issue an injunction prohibiting the unjustified governmental interference as described above which shall be sent to the United States Department of Justice for enforcement upon its employees.

The petitioner prays that the federal court refer this cause of action to the United States Department of Justice for want of prosecution.

The petitioner prays for general relief.

Respectfully Submitted

Eric Flores , pro se petitioner
General delivery
8401 Boeing Dr.,
El Paso Texas 79910

Pursuant to Penalty of perjury (28 U.S.C. & 1746) I Eric Flores hereby state , declare , and certify that the circumstances settforth in this foregoing petition are true and correct.

## CERTIFICATE OF SERVICE

Pursuant to Penalty of Perjury (28 U.S.C. & 1746) the petitioner Eric Flores hereby state , declares , and certifies that true and correct copies of the foregoing petition were sent to the following respondants settforth below , in particular ;

(i) United States Department of Justice , United States Attorney general , 950 pennsylvania Avenue N.W., Washington D.C., 20530.

(ii) Federal Bueral of Investigation , 660 South Mesa Hills Dr., El Paso Texas 79912.